# EXHIBIT D

**THE LAW OFFICES OF ROBERT G. ANDROSIGLIO, P.C.**
30 Wall Street, 8th Floor, New York, New York 10005
(212) 742-0001 – Fax (212) 742-0005



## letter
1 message

**Deidra Hubay** <mstm.communication.director@gmail.com>   Mon, Sep 2, 2019 at 11:59 AM
To: ralosieniecki@gmail.com

Best,



**Deidra Hubay**
Military Sexual Trauma Movement
Executive Director of Operations & Communications
EndMST.org/ExecDir

**Military**
**Sexual**
**Trauma**
**Movement**

---

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

501(c)4 DISCLOSURE:

The Military Sexual Trauma Movement, Inc. is a registered 501(c)4 non-profit organization. Donations are not tax deductible. Donations go towards lobbying elected officials to enact laws that protect the social welfare of service members and veterans who have experienced Military Sexual Trauma by enacting the Military Sexual Trauma Victims Bill of Rights. To donate to our cause please visit: EndMST.org/Donate

📄 **School Excusal Letter - Losieniecki.pdf**
103 KB

**MILITARY SEXUAL TRAUMA Movement**

September 01, 2019

Janelle Marina Mendez
Janelle@janellemendez.com
EndMST.org

**RE: Military Sexual Trauma Movement Conference in Washington D.C.**

To Whom This May Concern:

One of your students, Robert A. Losieniecki, will be the photographer-on-duty for Military Sexual Trauma Movement, Inc. Our Movement will be in Washington D.C. from Sept. 10th to Sept. 15th to host a conference and to uphold our civic duties by speaking with our legislators about Military Sexual Trauma. Due to Robert's instrumental role in documenting this educational experience, I respectfully ask that you excuse his absence so that he may help raise awareness and fulfill his civic duties surrounding Military Sexual Trauma. This is a tremendous opportunity for the student to meet with their legislators, hear speakers, and educate themselves and the public.

If you would like to know more information feel free to contact me directly.

Thank you in advance,
Janelle M. Mendez

*[signature]*

Founder & CEO
Military Sexual Trauma Movement