# EXHIBIT F

**THE LAW OFFICES OF ROBERT G. ANDROSIGLIO, P.C.**
30 Wall Street, 8th Floor, New York, New York 10005
(212) 742-0001 – Fax (212) 742-0005

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tugle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-176-197

**Effective Date of Registration:**
October 31, 2019
**Registration Decision Date:**
November 01, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   September 12, 2019 to September 30, 2019

### Title
_____

Title of Group:   Military Sexual Trauma Movement takes on Washington D.C.
Number of Photographs in Group:   28

### Completion/Publication
_____

Year of Completion:   2019
Earliest Publication Date in Group:   September 12, 2019
Latest Publication Date in Group:   September 30, 2019
Nation of First Publication:   United States

### Author
_____

• Author:   Military Sexual Trauma Movement Inc.
Author Created:   photographs
Work made for hire:   Yes
Citizen of:   United States
Domiciled in:   United States

### Copyright Claimant
_____

Copyright Claimant:   Military Sexual Trauma Movement Inc.
9K White Gate Drive, Wappingers Falls, NY 12590

### Rights and Permissions
_____

### Certification

Name:   Janelle Marina Mendez
_____

Page 1 of 2

Name:  Janelle Marina Mendez
Date:  October 08, 2019

---

Correspondence:  Yes
Copyright Office notes:  Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) are owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as
.XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

| | |
|---|---|
| **From:** | Janelle Marina Mendez |
| **To:** | Robert Androsiglio |
| **Subject:** | Copyright Confirmation of Receipt |
| **Date:** | Friday, October 25, 2019 2:56:21 PM |

---------- Forwarded message ---------
From: **Copyright Office** <noreply@loc.gov>
Date: Tue, Oct 8, 2019, 10:02 PM
Subject: Confirmation of Receipt
To: <janelle.m.mendez@gmail.com>

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Military Sexual Trauma Movement takes on Washington D.C. were received by the U.S.Copyright Office on 10/8/2019.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-8142781329 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-8142781329. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office