# Exhibit 5

 Go to Home

View Edit History
**Tara Healy** — with Janelle Marina Mendez.

Specific case number, etc. will be shared via private messages...... If, you want to be a part of the solution, rather than part of the problem, here we are. Ironically, all who didn't believe us then, now want to fight in court to buy our stories.......we don't even want to sell out so......here ya go...

### Military Sexual Trauma Movement

I want to inform all of you regarding important news! We have had a great year with a lot of accomplishments. The most notable being the passage of the No Bad Paper Bills in to law in New York. This Giving Tuesday, we hope you keepmind! As many of you know the movement was able to bring survivors of Military Sexual Trauma (MST) from around the country to Washington D.C. to engage in a range of civic engagement activities. These activities included training, demonstrations, and lobbying. Many of you have seen the photos posted throughout social media. During our trip many survivors even shared their stories with news outlets. The main focus of our trip was to have survivors tell their stories and begin spreading the word in their hometowns. Once we all returned home, everyone began engaging in our content and sharing their experiences on social media. A few disgruntled ex-volunteers decided to sue the movement and individuals in the movement for copyright infringement stating they own the rights to our photos. This claim is untrue as MSTM had consent and copyright forms signed by our volunteers. MSTM legally applied for copyrights to our photos we used in our advertisements on October 8th, 2019 and we currently hold the copyrights to these photos. For more information please visit the U.S. Copyright website. Now, some of the survivors who attended our event have had their stories silenced by the improper policing of a fraudulent copyright. These ex-volunteers reached out to newspapers where survivors shared their stories threatening lawsuits on the news organizations who shared the survivor's stories as well as reaching out to survivors themselves threatening lawsuits on them as well. As a result a lot of our movement operations have been negatively impacted over these immature and unethical individuals. Many of the survivors who have shared their stories are now forced into silence.
As the founder and CEO of the Military Sexual Trauma Movement it has and always will be my mission to bring survivors stories forward irregardless of the adversity we face as a community. I am determined to fight back and ensure that our survivors who attended this event have their stories heard in the public eye. These survivors are joining us in fighting back against these individuals and we need your help.
The cost of litigation is expensive and we need to fight back to ensure our community's voices are heard and to send a strong message to the opposition that we will not be silenced. We will not be used for personal gain and we will win our rights to tell our stories in the media.
We are asking you to chip in and donate to help us fund our legal fees so that we can fight back against those trying to silence us.
The fight to support survivors is so important to me that I will be leaving finance in a few short weeks to dedicate more time towards my mental health and pursue more time on the movement. It is clear to me that there are forces trying to stop survivor's stories from coming out in the public and this is a time where the strength of our movement is being tested during this adversity. I am confident in our community's ability to stand up and fight back to ensure that our survivors can continue breaking the silence on Military Sexual Trauma.
This Giving Tuesday, donate: MSTMovement.org/donate to help us continue our mission to #EndMST and help us fight back on those attempting to silence us.



December 3, 2019 at 7:50 PM · Public
Save

 Like    React    Share

 2

**Tara Healy**
https://youtu.be/B_wVpPCRIp8

 Everlast - Little Miss America
youtube.com

Like · React · More · Dec 3, 2019
Tara Healy replied · 1 reply

**Tara Healy**
https://youtu.be/3hDecLtrX1A

 My Brothers Keeper - Ying Yang Twins
youtube.com

Like · React · More · Dec 3, 2019
Tara Healy replied · 5 replies

**Tara Healy**



Like · React · More · Dec 3, 2019

**Lisa Lew**
This. Omg. And let's blast how they had their lawyer write some of us complaint letters threatening lawsuits for using pictures of ourselves
3 · Like · React · More · Dec 3, 2019
Janelle Marina Mendez replied · 3 replies

 Go to Home

Replies to Tara's comment on **Tara Healy**'s post

View post

**Tara Healy**
https://youtu.be/3hDecLtrX1A

 My Brothers Keeper - Ying Yang Twins
youtube.com

Like · React · More · Dec 3, 2019

**Tara Healy**
Yes, this movement embraces our brothers. It is understood what you go through so we will take up arms for you as well....even if you want to be the epidemy of disrespectful.....maybe we should work together instead....
Edited · Like · React · More · Dec 3, 2019

**Tara Healy**
https://youtu.be/NWdrO4BoCu8

 Shontelle - Impossible (Official Video)
youtube.com

Like · React · More · Dec 3, 2019

**Tara Healy**
Time for 'the nice guys' to finish 1st.....
Like · React · More · Dec 3, 2019

**Tara Healy**
https://youtu.be/UW2QoShtHgE DO NOT TOUCH ANYONE WITHIN THIS MOVEMENT.....or you'll wish you had it as easy as Epstein..
Edited · Like · React · More · Dec 3, 2019

**Tara Healy**
ps. I am an independent advocate. The movement is not responsible for my comments, only I am.
Like · React · More · Dec 3, 2019

Labeled View

*Military Sexual Trauma Movement takes on Washington D.C.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002176197 / 2019-10-31
**Application Title:** Military Sexual Trauma Movement takes on Washington D.C.
**Title:** Military Sexual Trauma Movement takes on Washington D.C. [Group registration of published photographs. 28 photographs. 2019-09-12 to 2019-09-30]
**Description:** 28 photographs : Electronic file (eService)
**Copyright Claimant:** Military Sexual Trauma Movement Inc. Address: 4

**Date of Creation:** 2019
**Publication Date Range:** 2019-09-12 to 2019-09-30
**Nation of First Publication:** United States
**Authorship on Application:** Military Sexual Trauma Movement Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: photographs.
**Rights and Permissions:** Janelle Marina Mendez
**Copyright Note:** C.O. correspondence.

Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the

 Like   Share

 1

**Tara Healy**



5w    Like     1

