# Exhibit 8

**Steffanie Simmons ▶ Female Marines 2.0 (Unfiltered)**
Yesterday at 4:48 PM

Write a reply...

**Janelle Marina Mendez**
What's funny is for the people who are begging us to take their settlement offer are talking so much smack but because MSTM has retained a team of excellent attorneys no one at MSTM will be discussing ongoing litigation.

However, when everything is completed best believe I will throw down receipts. It's what I do. 💅

1h    Like    Reply                4

**Trayia Wilson** ✓
**Janelle Marina Mendez** *sips tea waits patiently

1h    Like    Reply                2

Write a reply...

**Ro Chula La**