IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEIDRA HUBAY, ROBERT LOSIENIECKI, JESSICA DORANTES, and ALEXIS GABRIELLE HERRICK, | : : : : | CIVIL ACTION Case No. 2:19-cv-01327-NR |
| Plaintiffs, | : : | |
| v. | : : | |
| JANELLE MARINA MENDEZ, PAMELA HEAL and MILITARY SEXUAL TRAUMA MOVEMENT, | : : : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE OF CO-COUNSEL FOR
JANELLE MARINA MENDEZ, PAMELA HEAL and
<u>MILITARY SEXUAL TRAUMA MOVEMENT, DEFENDANTS</u>**

Kindly enter my appearance as co-counsel for Defendants, Janelle Marina Mendez, Pamela Heal, and Military Movement in the above-captioned matter.

                                             Respectfully submitted,

                                             */s/ Brian J. Sommer*
                                             Brian J. Sommer, Esq.
                                             Pa. I.D. #88915
                                             Dornish Law Offices, P.C.
                                             2500 Brooktree Road, Suite 301
                                             Wexford, PA 15090
                                             Tel: 412-765-2726
                                             Fax:  412-765-2736
                                             bsommer@dornish.net

Date: January 14, 2020