UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEIDRA HUBAY, ROBERT LOSIENIECKI, )
JESSICA DORANTES, and ALEXIS G. HERRICK )
              Plaintiff(s), )
v.                     )   Civil Action No. 2:19-CV-01327-NR

JANELLE MARINA MENDEZ, PAMELA HEAL, AND )
MILITARY SEXUAL TRAUMA MOVEMENT )
              Defendant(s).

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

### I. PROCESS
Select one of the following processes:

    X    Mediation
    ___    Early Neutral Evaluation (ENE)
    ___    Court sponsored Binding[1] Arbitration
    ___    Court sponsored Non-binding Arbitration
    ___    Other (please identify process and provider) _____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

### II. COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):
    50    % by Plaintiff(s)
    50    % by Defendant(s)
    ___    % by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1]For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Tina O. Miller, Esq. |
| Address of Neutral: | 300 Koppers Bldg., 436 Seventh Ave., Pittsburgh, PA 15219 |
| Telephone & FAX Numbers: | (412) 894-1380; (412) 291-2109 |
| Email address of Neutral: | tmiller@reisingercomber.com |
| **Date of ADR Session:** | To be determined; parties are coordinating schedules |

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

David G. Oberdick & Katelin J. Montgomery
Attorney for Plaintiff(s)

DEIDRA HUBAY, ROBERT LOSIENIECKI, JESSICA DORANTES, and ALEXIS G. HERRICK
Plaintiff(s)

_____
Corporate Representative
(Name and Title)

Brian Sommer & Robert Androsiglio
Attorney for Defendant(s)

Janelle Marina Mendez and Pamela Heal
Defendant(s)

MILITARY SEXUAL TRAUMA MOVEMENT
Janelle Marina Mendez, CEO
Corporate Representative
(Name and Title)

_____
Attorney for Third Party Defendant(s)

_____
Third Party Defendant(s)

_____
Corporate Representative
(Name and Title)

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V. ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 2/6/2020      Katelin J. Montgomery
                     Attorney for Plaintiff(s)

Dated: 2/6/2020      Brian Sommer
                     Attorney for Defendant(s)

Rev. 4/2017