# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) ) ) |
| Defendant. | ) |

Hearing Type:

Date:

Before:   Judge J. Nicholas Ranjan

| Counsel for Plaintiff |  |
|---|---|
| Counsel for Defendant |  |
| Court Reporter |  |
| Law Clerk |  |
| Start time |  |
| End time |  |

**SUMMARY OF PROCEEDINGS:**