# EXHIBIT A

**THE LAW OFFICES OF ROBERT G. ANDROSIGLIO, P.C.**
30 Wall Street, 8th Floor, New York, New York 10005
(212) 742-0001 – Fax (212) 742-0005

https://janellemarinamendez.nationbuilder.com/admin/signups/6961

Untitled document - Google

+21EC

**Alex Losieniecki** (VOLUNTEER) (SUPPORTER)

2399 Rosegarden Rd, Pittsburgh, PA 15220, United States

Add background...

**Contact:** (760) 960-3554 (m) • ralosieniecki@gmail.com

**NationBuilder ID:** 6961

**Point person:** Janelle Marina Mendez

Add path

Add tag

Dashboard   Edit   Location   Finances   Profile   Network   Relationships   Emotional currency   Paths   Merge duplicates   Privacy

party member   ✖   opted in   ◉   volunteering   ◉

**Note**   Email   Log contact   Pledge   Donation

Add a note*_

arinamendez.nationbuilder.com/admin/signups/6205

A. Gabriella Herrick

Danixa Carr

# People

+ New person    + New organization    Point people    Import    Export    More ∨    Lists ∨    Tags ∨

View: Single-person view ∨    Sort: Recently added ∨    Showing: People and Organizations ∨

1 of 7,354

Search people...

+40EC

## A. Gabrielle Herrick  (VOLUNTEER) (SUPPORTER)

Pasadena, MD 21122, United States

Add background...

**Contact:** (208) 570-3672 (m) ● • alexgherrick@gmail.com ● • Tweet

**NationBuilder ID:** 6205 • gabih

**Twitter:** @alexgherrick

**Point person:** Janelle Marina Mendez

Add tag    fundraiser ×    housepartypledge ×    memorialday ×    MST ×    mstmvmt ×    Show all tags

Signed petition    Contacted 1:1 by JMM    **Signed on to MST MVMT Ambassador**

MST MVMT Ambassador    ∨

Add path

Dashboard    Edit    Location    Finances    Profile    Network    Relationships    Emotional currency    Paths    Merge duplicates    Privacy

party member ⊗    opted in ⊗    volunteering ⊗