# EXHIBIT B

**THE LAW OFFICES OF ROBERT G. ANDROSIGLIO, P.C.**
30 Wall Street, 8th Floor, New York, New York 10005
(212) 742-0001 – Fax (212) 742-0005

Military Sexual Trauma Movement (MSTM) >
MSTM Senior Leadership Team

August 22

# Senior Leadership Meeting Aug 26 2019

 Janelle Marina Mendez · 🔒 Private · Seen by 6

AGENDA:

Conflict Resolution Pre-meeting:
"I feel ___ when ___ situation occurred. This situation triggered ___ in me which caused me to feel ___. Going forward I need ___ to feel ___."

AGENDA:

Old Business:

Washington D.C Trip
1. Dates 12th thru 14th
2. Need to develop a training and demonstration schedule
3. Scott Face to Face Interview schedule
4. Lodging Accommodations
Leigh Ann Moss Air BnB and how many
5. Scholarship Recipients
6. Self funded Attendees
7. Dress Code
8. Photography, etc
9. Pool money together for groceries, organize a chores list
10. Put together rules and regulations while we are out there.
IE: Limit Alcohol consumption to two beverages a night etc.

KCRU Interview (dee and Kelsey)

New Business:

- Policies Enactment:
    - Community Group Standards - Our facebook community has this and is a good foundation.
    - Privacy Policy
    - Business Line Chain of Command
    - Emotional Currency & Codes
    - Defining clear policies for what falls under whos jurisdiction in movement so there isn't confusion with overlap and so