# EXHIBIT D

**THE LAW OFFICES OF ROBERT G. ANDROSIGLIO, P.C.**
30 Wall Street, 8th Floor, New York, New York 10005
(212) 742-0001 – Fax (212) 742-0005

# Board of Director Meeting Minutes

**MILITARY SEXUAL TRAUMA Movement**

**Date: Sept 04th, 2019 Location: Facebook Messenger**

**Start Time: 16:00**

## Attendees

Janelle Marina Mendez, Chairwoman & President

Pamela Heal, Secretary

Kelsey Harbor

Military Sexual Trauma Movement • MSTM • State of New York Since 2019

## Scribe

Pamela Heal

## Agenda

**Old Business**

- WASHINGTON DC TRIP
- POLICY IMPLEMENTATION

**New Business**

- MSTM Employee and Volunteer Policy Manual & Jurisdictional Policy Approval - Special Committee: Senior Leadership

## Old Business

- Motion to Approve Civic Engagement Activities occurring in Washington D.C. that correspond with MSTM Bylaws as well as Resolution 2019.PA.1 occurring from September 10th 2019 thru Sept 15th, 2019:
  - Janelle Marina Mendez, motions to approve Washington D.C. Civic Engagement Activities
    - Pamela Heal, Seconds the motion
      - All in Favor, the motion passes




## New Business

- Motion to approve and implement effective immediately MSTM Employee and Volunteer Policy Handbook that the Special Committee (Senior Leadership Team) Approved on August 27th, 2019 & create Resolution 2019.PM.1 setting the standard that all volunteers and employees are subject to the Policy Manual.
  - Janelle Marina Mendez, motions to approve MSTM Employee and Volunteer Policy Manual as well as resolution 2019.PM.1
    - Pamela Heal, Seconds the motion
      - All in Favor, the motion passes

- Motion to Approve and implement the Jurisdictional Policy approved and accepted by the special committee (Senior Leadership Team via Loomio) on Sept 3rd and to enact the Jurisdictional Policy effective immediately under Resolution 2019.JP.1
  - Janelle Marina Mendez, motions to approve Jurisdictional Policy
    - Pamela Heal, Seconds the motion
      - All in Favor, the motion passes

- Motion to Approve and implement the Intelligence Division Policy and Procedures and

enact Resolution 2019.ID.1 Effectively Immediately

- Janelle Marina Mendez, motions to approve Intelligence Division Policy
    - Kelsey Harbor, Seconds the motion
        - All in Favor, the motion passes

## Next Meeting

**Sept 22nd 15:00**

## Next Meeting Agenda Items

- Debrief on DC Trip and media coverage
- Set up MSTM Takes on Washington D.C. Social Media Campaign with content - Verified Alex L. will be the movement photographer, Deidra Hubay, Comm Exec Director emailed him his School Excusal Letter on Sept 2nd, 2019 and he is fully registered in Nationbuilder. Set up copyrights in October 2019 after the photos are published - notes for CEO

## Adjournment

19:50

