# EXHIBIT E

**THE LAW OFFICES OF ROBERT G. ANDROSIGLIO, P.C.**
30 Wall Street, 8th Floor, New York, New York 10005
(212) 742-0001 – Fax (212) 742-0005

 Janelle Marina Mendez <janelle.m.mendez@gmail.com>

## Staff House Updates

**Deidra Hubay** <mstm.communication.director@gmail.com>　　　　　Mon, Sep 9, 2019 at 9:35 AM
To: Janelle Marina Mendez <janelle.m.mendez@gmail.com>
Cc: Jessica Dorantes <mstm.asst.communication.director@gmail.com>

I agree to the scholarship terms & conditions.

Best,



Deidra Hubay
**Military Sexual Trauma Movement**
**Executive Director of Operations & Communications**
EndMST.org/ExecDir

**Military**
**Sexual**
**Trauma**
**Movement**

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

501(c)4 DISCLOSURE:

The Military Sexual Trauma Movement, Inc. is a registered 501(c)4 non-profit organization. Donations are not tax deductible. Donations go towards lobbying elected officials to enact laws that protect the social welfare of service members and veterans who have experienced Military Sexual Trauma by enacting the Military Sexual Trauma Victims Bill of Rights. To donate to our cause please visit: EndMST.org/Donate

[Quoted text hidden]

MILITARY
SEXUAL
TRAUMA
Movement

# MILITARY SEXUAL TRAUMA MOVEMENT

## MOVEMENT CONGRESSIONAL CONVENTION

*Finalized on:*
**Sept. 05th, 2019**

# MILITARY SEXUAL TRAUMA MOVEMENT
## SCHOLARSHIP LODGING ACCOMMODATION AGREEMENTS

### HOUSE #3 (Staff-Senior Leadership House)

**Address:**
617 Varnum St NW
Washington, DC 20011

**Entrance Instructions:**
- Multi-Family units
- Sept 12th one unit will be occupied with an AirBnB guest,
- Keypad Combo or Key location for guests:
- Maximum **Day** occupancy: 15 Person Maximum
- Other info: Cannabis allowed on property

**WiFi:**
info is on the chalkboard in the kitchen.
- Network = "Name"
- PW = PW

**Amenities:**
- Bathrooms
- Kitchen
    - Ensure all dirty dishes are rinsed and put into the dishwasher
    - Nespresso machine with espresso is available for use
- Dining room

**House Rules:**
*Note to guests: There will be a name tag by your bed upon arrival.

1. This location **does allow smoking of cannabis** however **no tobacco** derived products; breaking this rule will incur a $500 fine and/or forfeiture of security deposit. **MSTM asks that you smoke tobacco outside off of the property.**

2. **No pets allowed.** Violations will result in termination of reservation without further reimbursement and an additional fee of $400 shall apply.

3. No parties, events or excessive loud noises are not allowed in our locations.

4. If you leave behind a mess or otherwise unsatisfactory place, the guests will be billed for the appropriate cleaning or maintenance fee. MSTM strongly suggests that you create a **housekeeping, cooking, and hygiene schedule with your roommates.**

# MILITARY SEXUAL TRAUMA MOVEMENT
## SCHOLARSHIP LODGING ACCOMMODATION AGREEMENTS

**5. Guests take full responsibility for any accidents, injuries, or illnesses that occur while on the premises or its facilities.** By accepting this reservation, it is agreed that all guests are expressly assuming the risk of any harm arising from their use of the premises. Guests recognize and agree that they may personally purchase insurance to protect themselves in such events.

**6.** No more than **4 individuals** may sleep at this location.

**7.** If you notice anything that present a danger that could result in damage to the location or to any individuals, let us know immediately.
**Janelle Marina Mendez (CEO)** - janelle@janellemendez.com
**Deidra Hubay (Executive Director)** - MSTMCommunicationDirector@gmail.com

**8.** No children in this space

**9.** By accepting this reservation & lodging scholarship, you are agreeing to all of the above House Rules.

**Guests:**

Leigh Ann Moss on the **11th only**

Bobbie Wagner on the **11th, 12th, 13th**

Deidra Hubay

Alex Losieniecki

Jessica Dorantes

The remainder of this page was left intentionally blank.