## CERTIFICATE OF SERVICE

I, **Robert G. Androsiglio**, attorney for the Defendants, certify that on March 9, 2020, I served the **NOTICE OF MOTION, AFFIRMATION IN SUPPORT & EXHIBITS**, via CM/EF only, by uploading a true copy of same to the Court's Website for dissemination upon Plaintiffs' counsel namely:

        MEYER, UNKOVIC & SCOTT LLP
        535 Smith Street, Suite 1300
        Pittsburgh, Pennsylvania 15222

                      THE LAW OFFICES OF
                      ROBERT G. ANDROSIGLIO, P.C.

                      By: _____
                          Robert G. Androsiglio, Esq.
                          Bar No.: 2386035
                      Attorneys for Defendants
                      30 Wall Street, 8th Floor
                      New York, New York 10005-2205
                      (212) 742-0001