MUS3544435.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEIDRA HUBAY, ROBERT LOSIENIECKI, JESSICA DORANTES and ALEXIS GABRIELLE HERRICK, | ) ) ) |
| | ) Civil Action No. 2:19-cv-01327-NR |
| Plaintiffs, | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| JANELLE MARINA MENDEZ, PAMELA HEAL and MILITARY SEXUAL TRAUMA MOVEMENT, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE REGARDING HEARING PROCEDURES

AND NOW COME Defendants, by and through their attorneys, and respectfully submit this Consented to Notice Regarding Hearing Procedures pursuant to this Honorable Court's Order dated April 9, 2020:

The parties hereby request that the entire hearing on May 8, 2020 be conducted by video conference, including direct and cross examination of all witnesses (without submittal of witness declarations). Counsel for Defendant has orally consented to these procedures.

                                                                  Respectfully submitted,

                                                                  */s/ Katelin J. Montgomery*
                                                                  David G. Oberdick
                                                                  Pa. I.D. #47648
                                                                  Email: dgo@muslaw.com

                                                                  Katelin J. Montgomery
                                                                  Pa. I.D. #322698
                                                                 Email: kjm@muslaw.com

Dated: April 17, 2020                         MEYER, UNKOVIC & SCOTT, LLP
                                                                535 Smithfield Street, Suite 1300
                                                                  Pittsburgh, PA  15222
                                                                  (412) 456-2800
                                                                  *Attorneys for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, a true and correct copy of the foregoing **NOTICE REGARDING HEARING PROCEDURES** was filed electronically.  Parties may access this filing through the Court's ECF/PACER system.

　　　　　　　　　　　　　　　　　　　　　*/s/ Katelin J. Montgomery*
　　　　　　　　　　　　　　　　　　　　　Katelin J. Montgomery