IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEIDRA HUBAY, *et al.* | ) |
| Plaintiffs, | ) |
| vs. | ) 2:19-cv-01327-NR |
| JANELLE MARINA MENDEZ, *et al.* | ) |
| Defendants. | ) |

## ORDER

**AND NOW,** this 20th day of April, 2020, upon review of the parties' Notice Regarding Hearing Procedures [ECF 48], the Court **ORDERS** that the upcoming May 8, 2020 injunction hearing will, as requested by the parties, be conducted entirely by video; including both direct and cross examination of all witnesses. The Court **FURTHER ORDERS** as follows:

**1. Use of Zoom App / Speed Tests.** The hearing will be conducted using the "Zoom" app. All counsel, witnesses, and the Court will participate remotely. Prior to the hearing, all parties are directed to test their internet connection speed to ensure that it is at least **3 Mbps** and also test their ability to run the Zoom app using https://www.zoom.us/test. The Court will ask counsel to certify that they have done so during the upcoming status conference. Counsel should ensure that all participating witnesses have the technology necessary to access Zoom and have also tested the speed of their internet connection & access to Zoom prior to the hearing.

**2. Video Status Conference.** As a "test run" of the hearing technology, the upcoming status conference scheduled for **May 4, 2020** at **2:00 p.m.** will be conducted by video, using Zoom. The Court's Courtroom Deputy

will email counsel a link to access the Zoom "meeting room" prior to the status conference.

**3.     Zoom Instructions.** To ensure that the hearing is conducted smoothly, counsel are directed to review and familiarize themselves with the following information regarding the use of Zoom, provided by the Court's IT Department:

a.     **Getting Started.** Zoom works best on a mobile device, such as a SmartPhone or tablet with a built-in camera and microphone. Zoom will also work on a personal laptop / desktop that has a camera and microphone.

To fully participate, you only need to install the Zoom app on your SmartPhone/Tablet or install the Zoom software to a Windows or Mac laptop/desktop.



b.     **Testing Your Device.** Once you have the Zoom app or software installed, you can use the following link to test your installation before the meeting: https://www.zoom.us/test.

c.  **How to Connect.** Using the device which you installed the Zoom application on, click on the meeting link.



Date: April 20, 2020                                  BY THE COURT:

                                                      *s/ J. Nicholas Ranjan*
                                                      United States District Judge