IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEIDRA HUBAY et al | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) Civ. No. 2:19-cv-1327-NR |
| | ) |
| JANELLE MARINA MENDEZ et al | ) |
| | ) |
| Defendants. | ) |

## REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on May 7, 2020.  The case has not resolved.

Dated: May 7, 2020          /s/ Tina O. Miller
                            Tina O. Miller
                            Mediator
                            Suite 200 Koppers Bldg.
                            436 Seventh Avenue
                            Pittsburgh, PA 15219
                            (412) 894-1380
                            tmiller@reisingercomber.com