MUS3570391.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEIDRA HUBAY, ROBERT LOSIENIECKI, JESSICA DORANTES and ALEXIS GABRIELLE HERRICK, | ) ) ) |
| | Civil Action No. 2:19-cv-01327-NR |
| Plaintiffs, | ) |
| v. | ) |
| | **JURY TRIAL DEMANDED** |
| JANELLE MARINA MENDEZ, PAMELA HEAL and MILITARY SEXUAL TRAUMA MOVEMENT, | ) ) ) |
| Defendants. | ) |

## JOINT MOTION TO CONVERT CROSS MOTIONS FOR PRELIMINARY INJUNCTION INTO CROSS MOTIONS FOR DECLARATORY JUDGMENT

AND NOW COME the parties, by and through their attorneys, and respectfully submit this Joint Motion to Convert the Cross Motions for Preliminary Injunction into Cross Motions for Declaratory Judgment pursuant to this Honorable Court's suggestion on the record on May 13, 2020:

1. At the suggestion of this Honorable Court after the conclusion of the second day of testimony on the parties Cross Motions for Preliminary Injunction, the parties have discussed converting these Motions into Cross Motions for Declaratory Judgment.

2. Based on those discussions, the parties now jointly agree, stipulate and move to convert the pending Cross Motions for Preliminary Injunction, and the corresponding issues and claims presented by both parties, into Cross Motions for Declaratory Judgment.

WHEREFORE, the parties respectfully request that this Honorable Court grant this Joint Motion and accept the evidence, testimony, and arguments presented in this action during the hearings held on May 8th and 13th, 2020, in connection with Cross Motions for Declaratory

- 2 -

Judgment as to the issues and claims presented by both parties in the pending Cross Motions for Preliminary Injunction.

Respectfully submitted,

*/s/ David G. Oberdick*
David G. Oberdick
Pa. I.D. #47648

Katelin J. Montgomery
Pa. I.D. #322698

MEYER, UNKOVIC & SCOTT
535 Smithfield Street, Suite 1300
Pittsburgh, PA  15222
(412) 456-2800

**Attorneys for Plaintiffs**


*/s/ Robert G. Androsiglio*
Robert G. Androsiglio, Esquire

MONARCH LAW GROUP
30 Wall Street, 8th Floor
New York, NY  10005
(212) 742-0001

*/s/ Brian J. Sommer*
Brian J. Sommer, Esquire

DORNISH LAW OFFICE, P.C.
2500 Brooktree Road, Suite 301
Wexford, PA  15090
(412)765-2726

**Attorneys for Defendants**

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this  3rd   day of June, 2020, a copy of the foregoing *Joint Motion to Convert Cross Motions for Preliminary Injunction into Cross Motions for Declaratory Judgment* was electronically served on all registered parties using the Court's ECF system, including:

Robert G. Androsiglio, Esquire
Monarch Law Group
30 Wall Street, 8th Floor
New York, NY  10005
randrosilglio@rallplaw.com

Brian J. Sommer, Esquire
Dornish Law Office, P.C.
2500 Brooktree Road, Suite 301
Wexford, PA  15090
bsommer@dornish.net

             */s/ David G. Oberdick*
             Katelin J. Montgomery