IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEIDRA HUBAY, ROBERT LOSIENIECKI, JESSICA DORANTES, and ALEXIS GABRIELLE HERRICK,<br><br>Plaintiffs,<br><br>v.<br><br>JANELLE MARINA MENDEZ, PAMELA HEAL, and MILITARY SEXUAL TRAUMA MOVEMENT,<br><br>Defendants. | 2:19-cv-1327-NR |

## ORDER

**AND NOW**, this **13th day of November, 2020,** upon consideration of the parties' cross-motions for declaratory judgment [ECF 36; ECF 37; ECF 60] and the testimony and evidence presented at the evidentiary hearing held on May 8 and 13, 2020 [ECF 58; ECF 59], the Court hereby **ORDERS** as follows:

(1)   Plaintiffs' motion is **GRANTED IN PART**. Specifically, the Court enters declaratory judgment in favor of Plaintiff Robert Losieniecki, and against Defendants Janelle Marina Mendez and the Military Sexual Trauma Movement, on aspects of Count IV of the complaint as follows:

(a)   Plaintiff Robert Losieniecki has the exclusive right to ownership, control, and use of all photographs that he took in Washington D.C. on September 12 and 13, 2019, including the 26 photographs identified in U.S. Copyright Registration VA 2-173-194 and effective October 9, 2019, titled "DC 2019."

(b)   The U.S. Copyright Registration filed and obtained on behalf of Defendant MSTM, identified as VA 2-176-197, effective October 31,

2019, and titled "Military Sexual Trauma Movement takes on Washington D.C." is invalid.

(2)   In all other respects, the parties' motions are **DENIED**.

DATED: November 13, 2020              BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge